# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION 06-490-01 |
| | | CIVIL ACTION 15-4120 |
| v. | : | |
| WILLIAM HUDGINS | : | |

## ORDER

Defendant William Hudgins has filed a Motion to Dismiss a detainer by the Pennsylvania Parole Board that he asserts is preventing him from participating in programs with the United States Bureau of Prisons, where he is currently confined. It is hereby **ORDERED** this 23rd day of May, 2017, that the Motion is **DISMISSED** because this Court has no jurisdiction over the Pennsylvania Parole Board.

BY THE COURT:

*/s/ Michael M. Baylson*

Michael M. Baylson, U.S.D.J.

O:\CRIMINAL CASES\06-490 HUDGINS, US V\06CR490 ORDER 05232017.DOCX